UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LOYD, Petitioner, -against- SHERIFF OF ULSTER COUNTY, et al., Respondents. | 26-CV-6194 (JGLC) ORDER TO ANSWER |

JESSICA G. L. CLARKE, United States District Judge:

Having determined that the second amended petition, brought under 28 U.S.C. § 2241, should not be summarily denied, the Court hereby orders that:

The Clerk of Court is directed to serve, by certified mail, copies of this order, the second amended petition, ECF 64, and the supporting memorandum, ECF 66, on: (1) the Attorney General of the State of New York, at 28 Liberty Street, 16th Floor, New York, New York 10005; (2) the District Attorney of Sullivan County, at 14 Bushnell Avenue, Monticello, New York 12701; and (3) the District Attorney of Ulster County, at 15 Joys Lane, Kingston, New York 12401.

Within 60 days of the date of this order, Respondents must file and serve: (1) an answer, motion, or other response to the second amended petition; and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner may file and serve any reply papers within 30 days from the date he is served with Respondents' answer, motion, or other response.

SO ORDERED.

Dated: November 10, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge